CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 0 6 2007

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FORREST FISHER,<br>    Plaintiff,<br>v.<br><br>VIRGINIA DEPARTMENT OF<br>CORRECTIONS, <u>et al.</u>,<br>    Defendants. | Civil Action No. 7:06cv00529<br><br><u>ORDER</u><br><br>By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Michael F. Urbanski is **ADOPTED IN PART** and **REJECTED IN PART**:

   a. The court **REJECTS** the Magistrate Judge's recommendation that defendants' motion for summary judgment be denied as to defendant Armentrout.

   b. The court **ADOPTS** the Magistrate Judge's recommendation that defendants' motion for summary judgment be denied as to all remaining defendants.

2. Defendants' motion for summary judgment with regard to defendant Armentrout is **GRANTED** and the clerk is directed to **TERMINATE** defendant Armentrout as a defendant to this action.

3. Defendants' motion for summary judgment with regard to defendants VDOC, Jabe, Cei, Huffman, and Ray is **DENIED**.

4. Accordingly, only the following claims will go forward:

   a. Defendants Jabe, Cei, Huffman, and Ray violated Fisher's First Amendment right to free exercise and Fourteenth Amendment right to equal protection with regard to not allowing Fisher to possess a "Thor's Hammer" medallion; and

b. Defendants VDOC and Cei violated his statutory rights under RLUIPA in implementing and enforcing a VDOC policy relating to the "Thor's Hammer" medallion and in implementing, enforcing, and/or failing to enforce the VDOC procedure for an inmate to obtain an exception to have a religious item not on the pre-approved religious item list.

5. The Clerk is **DIRECTED** to set this matter for trial before a seven-member jury on the remaining claims.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the plaintiff.

ENTER: This 6th day of July, 2007.

United States District Judge